## THOMAS v. THE STATE.

(Decided February 1, 1916.)

APPEAL from Barbour Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

BROWN, J.—Appeal dismissed on authority of *Tice v. State, infra,* 70 South. 967.

---

## TIDWELL v. THE STATE.

(Decided June 8, 1916.)

APPEAL from Covington Circuit Court.

Heard before Hon. A. B. FOSTER.

BALDWIN & MURPHY, for appellant. W .L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed by agreement.

---

## FAULK & CO. v. WILLIAMS.

(Decided June 8, 1916.)

APPEAL from Geneva Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for either party.

PER CURIAM.—Settled, and appeal dismissed.

---

## WASHINGTON v. THE STATE.

(Decided May 11, 1916.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed.

---

## WEBB v. THE STATE.

(Decided May 11, 1916.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed.